IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                                  ) | |
|     Plaintiff,                                              ) | |
|                                                                  ) | |
|     v.                                                       ) | Case No. 2:12-cv-00179-MHT-WC |
|                                                                  ) | |
| STATE OF ALABAMA and                            ) | |
| HONORABLE BETH CHAPMAN,              ) | |
| Secretary of State, in her official capacity,  ) | |
|                                                                  ) | |
|     Defendants.                                        ) | |

**STATE DEFENDANTS' SECOND RESPONSE TO THE
COURT'S OPINION AND ORDER (Doc. 8)**

The State of Alabama and her Secretary of State, the Honorable Beth Chapman, sued in her official capacity, hereby respectfully offer this second response to the Court's February 28, 2012 Opinion and Order (doc. 8).

1.  On February 28, 2012, this Court granted the United States' motion for a temporary restraining order and preliminary injunction. (Doc. 8). In part the order provided:

> Within two days (including weekend days) of this order, defendants State of Alabama and Beth Chapman shall file with the court a county-specific report detailing the UOCAVA ballot activity throughout the State prior to the March 13, 2012, federal primary. This report shall include, by county: (a) the number of UOCAVA absentee ballots requested as of January 28, 2012; (b) the number of UOCAVA absentee ballots requested after January 28, 2012; (c) the number of UOCAVA ballots transmitted as of January 28, 2012; and (d) the number of UOCAVA ballots requested as of January 28, 2012, but transmitted after that date and the date each ballot was transmitted. For each of (a)–(d) above, defendants Alabama and Chapman shall denote how many ballots were transmitted electronically and how many were sent by mail.

(Doc. 8).

2. On the date of the order, and without waiving any objections to the order, the State Defendants sent a questionnaire to the offices of Absentee Election Managers throughout the State (*see* doc. 10; doc. 10-4). All counties responded.

3. The responses to the questionnaire, and a summary thereof, are attached hereto as Exhibit 1, the affidavit of H. Robert Johnston.

4. The State Defendants are reporting the data as received. There appears to be some confusion in how local election officials reported their data. When listing the dates of transmittal for ballots (which appear in the sixth of seven columns on the chart attached to Johnston's affidavit), several counties appear to have lumped information for requests received before January 28, 2012, and requests received after that date. It is not always clear, when looking at the entries in column 7, whether they correspond to request received before January 28 or a request received after that date. There also appears to be a mistake for Tallapoosa County which reports that it transmitted 4 ballots after January 28, 2012, although it also reports that it received 0 requests for ballots before that date and 4 after. From telephone conversations with Tallapoosa County election officials, the State Defendants understand that, in fact, Tallapoosa County received no applications before January 28, and therefore its answer in the fifth column should be 0, not 4. Further study may show further discrepancies, and there may be further updates from counties. However, in order to comply with the Court's deadlines, the State Defendants are reporting the data as received as soon as possible.

5. The State Defendants have noted their objections to the Court's order (*see* doc. 10, adopted and incorporated herein by reference), and this response is made without waiver of any objection.

Respectfully submitted,

LUTHER STRANGE (ASB-0036-G42L)
*Attorney General*

BY:

s/ James W. Davis
James W. Davis  (ASB-4063-I58J)
Misty S. Fairbanks  (ASB-1813-T71F)
*Assistant Attorneys General*

**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, Alabama 36130
Telephone:   (334) 242-7300
Facsimile:    (334) 353-8440
jimdavis@ago.state.al.us
mfairbanks@ago.state.al.us

*Attorneys for the State Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record: Risa Berkower, Richard Dellheim, Stephen M. Doyle, T. Christian Herren, Jr., and T. Russell Nobile.

s/ James W. Davis
Of Counsel

3