IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:12cv179-MHT |
| ) | (WO) |
| THE STATE OF ALABAMA and ) | |
| BETH CHAPMAN, in her ) | |
| official capacity as ) | |
| Secretary of State of ) | |
| Alabama, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the final opinion in support of the preliminary injunction, entered on March 7, 2012, shall issue on March 12, 2012.

DONE, this the 9th day of March, 2012.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE