IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     2:12cv179-MHT
                              )
THE STATE OF ALABAMA and      )
BETH CHAPMAN, in her          )
official capacity as          )
Secretary of State of         )
Alabama,                      )
                              )
     Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) To the extent the defendants opposed the preliminary-injunctive relief entered on March 7, 2012, the defendants' motion to resolve injunction (doc. no. 14) is denied.

(2) To the extent the defendants in said motion oppose the temporary restraining order and preliminary injunction entered on February 28, 2012, the plaintiff is to show cause, on or

before March 23, 2012, why this injunctive relief is still necessary, especially in light of the injunction issued on March 7, 2012.

**DONE, this the 12th day of March, 2012.**

                     <u>/s/ Myron H. Thompson</u>
                     **UNITED STATES DISTRICT JUDGE**

