IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. | |
| v. | ) | 2:12cv179-MHT | |
| | ) | | |
| **THE STATE OF ALABAMA and BETH CHAPMAN, in her official capacity as Secretary of State of Alabama,** | ) ) ) ) ) | | |
| | ) | | |
| Defendants. | ) | | |

### ORDER

It is ORDERED that the motion to modify preliminary injunction (doc. no. 38) is granted as requested.

DONE, this the 23rd day of August, 2012.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE