IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:12cv179-MHT |
| | ) | |
| THE STATE OF ALABAMA and | ) | |
| JIM BENNETT, in his | ) | |
| official capacity as | ) | |
| Secretary of State of | ) | |
| Alabama, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the notice of amended procedure for special election (doc. no. 72) is approved.

DONE, this the 8th day of August 2013.

           /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE