IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF ALABAMA and JIM ) <br> BENNETT, SECRETARY OF STATE OF ) <br> ALABAMA, in his official capacity, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:12-cv-179-MHT-WC |

**JOINT MOTION REQUESTING ENTRY OF REMEDIAL ORDER**

Plaintiff United States of America and Defendants State of Alabama and the Alabama Secretary of State (collectively, the "State"), through their undersigned counsel, respectfully request this Court to enter the accompanying Remedial Order.  The United States and the State have negotiated in good faith and have agreed to entry of this Remedial Order as an appropriate resolution of certain UOCAVA violations alleged by the United States.  This Remedial Order does not address the applicability of UOCAVA's 45-day advance ballot transmission mandate to Federal runoff elections.

WHEREFORE, the parties request that the accompanying Remedial Order be entered by this Court.

The undersigned agree to entry of this Remedial Order on January 14, 2014:

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

/s/ T. Christian Herren, Jr.
T. CHRISTIAN HERREN, JR.
RICHARD DELLHEIM
ERNEST A. McFARLAND
SPENCER R. FISHER
ANNA BALDWIN
AMANDA HINE
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:   (202) 307-6552
Facsimile:   (202) 307-3961

GEORGE L. BECK, JR.
United States Attorney Middle District of Alabama

STEPHEN M. DOYLE
Assistant United States Attorney

Attorneys for Plaintiff,
United States of America

LUTHER STRANGE
Alabama Attorney General

/s/ James W. Davis
JAMES W. DAVIS
MISTY S. FAIRBANKS MESSICK
Assistant Attorneys General
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama  36130-0152
Telephone:   (334) 242-7300
Facsimile:   (334) 353-8440

Attorneys for Defendants,
State of Alabama and Jim Bennett,
Alabama Secretary of State