IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:12cv179-MHT |
| ) | (WO) |
| **THE STATE OF ALABAMA** and    ) | |
| **JIM BENNETT, SECRETARY OF**    ) | |
| **STATE OF ALABAMA,** in his    ) | |
| official capacity,    ) | |
| ) | |
| Defendants.    ) | |

**ORDER**

In accordance with the opinion entered on this date, it is ORDERED that the parties' joint motion requesting entry of remedial order (Doc. No. 110) is granted and that the proposed remedial plan is approved and adopted by the court.

DONE, this the 17th day of January, 2014.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**