# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>STATE OF ALABAMA and )<br>HONORABLE JIM BENNETT, )<br>Secretary of State, in his official capacity, )<br>)<br>  Defendants. ) | Case No.<br>2:12-cv-00179-MHT-WC |

## NOTICE OF APPEAL

The State of Alabama and the Alabama Secretary of State, defendants in this action, hereby respectfully notice their appeal to the United States Court of Appeals for the Eleventh Circuit from: the February 11, 2014 judgment for the United States (doc. 121); the February 11, 2014 opinion on which the judgment is based (doc. 120); and, the March 4, 2014 remedial order (doc. 124), as amended on March 14, 2014 (doc. 127).

As to the remedial order, the court accepted the unopposed recommendation of the State and the Secretary as to what remedy would cause the least disruption and confusion to voters, candidates, and election officials, while protecting the rights of UOCAVA voters, as this court viewed those rights in the February 11,

1

2014 judgment and opinion. The court subsequently amended the remedial order at the request of the State and the Secretary of State to correct an error. Accordingly, the remedial order, as amended, is appealed not because a different remedy should have been imposed but solely to ensure that the same may be vacated should the State and the Secretary prevail in their challenge to the February 11, 2014 judgment and opinion.

    Respectfully submitted,

    LUTHER STRANGE (ASB-0036-G42L)
    *Attorney General*

    BY:

    s/ Misty S. Fairbanks Messick
    James W. Davis  (ASB-4063-I58J)
    Misty S. Fairbanks Messick  (ASB-1813-T71F)
    *Assistant Attorneys General*

    **OFFICE OF THE ATTORNEY GENERAL**
    501 Washington Avenue
    Post Office Box 300152
    Montgomery, Alabama 36130-0152
    Telephone:   (334) 242-7300
    Facsimile:   (334) 353-8440
    jimdavis@ago.state.al.us
    mmessick@ago.state.al.us

    *Attorneys for the State & Secretary Bennett*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Victor J. Williamson
Amanda Hine
Anna Baldwin
Elizabeth M. Ryan
Erin M. Velandy
Ernest McFarland
Richard Dellheim
Spencer R. Fisher
Stephen M. Doyle
T. Christian Herren, Jr.
    *for the United States*


J. Cecil Gardner
Robert D. Segall
Sam Heldman
Edward Still
    *for the amicus*

                                      s/ Misty S. Fairbanks Messick
                                      Of Counsel