IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       2:12cv179-MHT
                             )           (WO)
THE STATE OF ALABAMA and     )
JOHN H. MERRILL, Secretary   )
of State of Alabama, in      )
his official capacity,       )
                             )
    Defendants.              )
```

ORDER

Pursuant to the notice of substitution (doc. no. 150), it is ORDERED that John H. Merrill replaces Jim Bennett as defendant in this case pursuant to Federal Rule of Civil Procedure 25(d).

DONE, this the 4th day of May, 2015.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**