IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )       2:12cv179-MHT
                             )           (WO)
THE STATE OF ALABAMA and     )
JOHN H. MERRILL, Secretary   )
of State of Alabama, in      )
his official capacity,       )
                             )
      Defendants.            )
```

ORDER

Upon consideration of the opinion of the United

States Court of Appeals for the Eleventh Circuit entered

on February 12, 2015 (doc. no. 148), wherein the final

judgment of this court made and entered herein on

February 11, 2014 (doc. no. 121), was in all respects

affirmed; and the mandate of the United States Court of

Appeals for the Eleventh Circuit issued on April 29,

2015, and received in the office of the clerk of this

court on April 29, 2015 (doc. no. 149), it is the ORDER,

JUDGMENT, and DECREE of the court that the final

judgment of this court made and entered on February 11,

2014 (doc. no. 121), is continued in full force and

effect.

DONE, this the 4th day of May, 2015.

                              ___/s/ Myron H. Thompson___
                              UNITED STATES DISTRICT JUDGE