IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      )<br>    Plaintiff,        )<br>      )<br>    v.             )<br>      )<br>THE STATE OF ALABAMA and  )<br>JOHN H. MERRILL, Secretary )<br>of State of Alabama, in    )<br>his official capacity,     )<br>      )<br>    Defendants.     )  | CIVIL ACTION NO.<br>2:12cv179-MHT<br>(WO) |

ORDER

Before the court is the defendants' motion to extend by one day each of two deadlines in this court's January 2014 remedial order (doc. no. 167). The motion, which provides that, "For good cause shown, any party may move to amend [it]," is unopposed. For good cause shown, the Court will grant the motion as set out below.

The State of Alabama has moved for two modest deadline extensions. First, the State moves to amend paragraph V.2. of the remedial order to provide that,

for the 2016 primary election only, the deadline for providing certifications to counsel for the United States shall be the 42nd day before the election, namely Tuesday, January 19, 2016.  This one-day extension is necessary because the deadline would otherwise fall on Martin Luther King Jr.'s Birthday, a state and federal holiday.

    Second, the State moves to amend paragraph V.2. of the remedial order to provide that, for the 2016 primary election only, the deadline for the State to compile the data from the county certifications into a spreadsheet and to file both the certifications and the spreadsheet shall be the 40th day before the election, namely Thursday, January 21, 2016.  This one-day extension allows the State the originally intended amount of time to compile the data into the spreadsheet and follow up on any certifications as may be needed. It also acknowledges that a special election to fill a vacancy in House District 80 has been set for Tuesday,

January 19, 2016, which has the potential to require attention from the Secretary of State's elections staff.

The United States does not oppose the State's request for these one-day extensions.

***

Accordingly, it is ORDERED that the motion to amend deadlines (doc. no. 167) is granted as follows:

(1) Paragraph V.2. of the remedial order (doc. no. 119) is amended such that, for the 2016 primary election only, the deadline for providing certifications to counsel for the United States shall be the 42nd day before the election.

(2) Paragraph V.2. of the remedial order (doc. no. 119) is amended such that, for the 2016 primary election only, the deadline for the State to compile the data from the county certifications into a spreadsheet format devised in consultation with the United States and to file both the county

3

certifications and the spreadsheet electronically with the court shall be the 40th day before the election.

DONE, this the 25th day of November, 2015.

                                 /s/ Myron H. Thompson  
                               **UNITED STATES DISTRICT JUDGE**