**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. |
| STATE OF ALABAMA and JOHN H. MERRILL, SECRETARY OF STATE OF ALABAMA, in his official capacity, | ) ) ) | 2:12-cv-00179-MHT-WC |
| | ) | |
| Defendants. | ) ) | |

**JOINT NOTICE / MOTION CONCERNING CONCLUSION OF CASE**

In response to an inquiry from the Court, the parties respectfully notify the Court that this case has reached its conclusion. The Court's remedial orders (ECF Nos. 119 and 128) expired by their own terms on December 31, 2016. No disputes remain. The parties therefore respectfully move the Court to take any action necessary to reflect that the case is at its end.

1

2

| | Respectfully submitted, |
|---|---|
| STEVEN T. MARSHALL<br>(ASB-0414-L58S)<br>*Attorney General*<br><br>BY:<br><br>s/ Misty S. Fairbanks Messick<br>Winfield J. Sinclair (ASB-1750-S81W)<br>Misty S. Fairbanks Messick<br>(ASB-1813-T71F)<br>*Assistant Attorneys General*<br>**OFFICE OF THE ATTORNEY GENERAL**<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone:   (334) 242-7300<br>Facsimile:    (334) 353-8440<br>wsinclair@ago.state.al.us<br>mmessick@ago.state.al.us<br><br>*Counsel for the State<br>& Secretary Merrill* | GEORGE L. BECK, JR.<br>United States Attorney<br>Middle District of Alabama<br><br>STEPHEN M. DOYLE<br>Assistant United States Attorney<br>131 Clayton Street<br>Montgomery, AL 36104<br>Telephone: (334) 223-7280<br>Facsimile: (334) 223-7418<br><br>T.E. WHEELER, II<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>         */s/  Amanda Hine*<br>T. CHRISTIAN HERREN, JR.<br>RICHARD DELLHEIM<br>ERNEST A. MCFARLAND<br>AMANDA HINE<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>NWB - 7246<br>Washington, D.C. 20530<br>Telephone:  (202) 305-0919<br>Facsimile:   (202) 307-3961<br>Amanda.Hine@usdoj.gov<br><br>*Counsel for the United States* |