IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:12cv179-MHT |
| **STATE OF ALABAMA and JOHN H. MERRILL**, in his official capacity as Secretary of State of Alabama, | ) ) ) ) ) ) | (WO) |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

The court having been informed that "this case has reached its conclusion," Joint Notice/Motion Concerning Conclusion of Case (doc. no. 182), it is the ORDER, JUDGMENT, AND DECREE of the court that this case is dismissed, with all parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case remains closed.**

**DONE, this the 21st day of February, 2017.**

                                           /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**